UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL ACTION NO.09-11691

R. THERESA CLEVELAND,

    Plaintiff,

-v-

KARYN JEFFERSON, ET.AL,

    Defendant(s).
_____/

ORDER DENYING, WITHOUT PREJUDICE, PLAINTIFF'S
MOTION FOR APPOINTMENT OF COUNSEL

At a session of said Court, held in the U.S. District Courthouse, City of Detroit, County of Wayne, State of Michigan on May 7, 2009.

PRESENT:  THE HONORABLE PATRICK J. DUGGAN
U.S. DISTRICT COURT JUDGE

The plaintiff has filed a motion for appointment of counsel.  The Court concludes it would be premature to grant plaintiff's motion at this time.  Should the Court determine that appointment of counsel is appropriate at some future time, plaintiff's motion may be reconsidered.  Accordingly,

IT IS ORDERED that plaintiff's motion for appointment of counsel is DENIED without prejudice.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated:  May 7, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 7, 2009, by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager