UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL NO. 09-11691

THERESA CLEVELAND,

    Plaintiff,

-v-

QUEST DIAGNOSTICS,

    Defendant.
_____/

ORDER RESCINDING ORDER OF
REFERENCE TO MAGISTRATE JUDGE

IT IS HEREBY ORDERED that the Order of Reference to Magistrate Judge Morgan dated October 14, 2009, referring Plaintiff's Motion for Continuation(#26) only is RESCINDED.

    s/Patrick J. Duggan
    Patrick J. Duggan
    United States District Judge

Dated:  December 4, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 4, 2009, by electronic and/or ordinary mail.

    s/Marilyn Orem
    Case Manager