UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

R. THERESA CLEVELAND,

    Plaintiff,

v.

Case No. 09-11691

Honorable Patrick J. Duggan

KARYN JEFFERSON and QUEST
DIAGNOSTICS,

    Defendants.
_____/

## JUDGMENT

This matter is before the Court on Quest Diagnostics's Motion for Summary Judgment. Karyn Jefferson was previously dismissed from the case. For the reasons set forth in an opinion issued this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Quest Diagnostics's Motion for Summary Judgment is granted and Plaintiff's complaint is **DISMISSED**.

    s/PATRICK J. DUGGAN
    UNITED STATES DISTRICT JUDGE

Date: March 10, 2010

copies to:
R. Theresa Cleveland
15300 Spring Garden
Detroit, Michigan 48205

George Mesritz, Esq.